IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MISTY M. WILSON | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:21-CV-88 (CDL) |
| CHATTAHOOCHEE SLEEP CENTER, LLC, LETITIA HOUSTON, and BRYANT HOUSTON, | * |
| Defendants. | * |

O R D E R

The parties filed a joint motion to approve their settlement agreement. Having reviewed the settlement agreement, the Court finds that the agreed-upon terms and conditions, as specifically set out in the settlement agreement, constitute a "fair and reasonable resolution of a bona fide dispute over [Fair Labor Standard Act] provisions." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982) (describing standard for approval of FLSA settlement agreements). Accordingly, the motion to approve the settlement agreement (ECF No. 16) is granted.[1]

---

[1] Plaintiff shall receive the entire amount of the settlement without any deduction for attorneys' fees or costs. The parties have agreed that the attorneys' fees and costs issue will be decided separately, and if the parties cannot agree to an amount, they will submit the issue for resolution by the Court with a motion for fees and costs to be filed no later than 28 days from today's order and with a response filed within 21 days of service of the motion. A reply shall be permitted within 14 days of service of the response.

IT IS SO ORDERED, this 24th day of January, 2022.

                                          S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA