IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MISTY M. WILSON, | * |
| Plaintiff, | * |
| v. | Case No. 4:21-CV-88 (CDL) |
| | * |
| CHATTAHOOCHE SLEEP CENTER, LLC, LETITIA HOUSTON, and BRYANT HOUSTON, | * |
| | * |
| Defendants. | |

# **J U D G M E N T**

Pursuant to this Court's Order dated January 24, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 25th day of January, 2022.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk